147 A.3d 858

ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

v.

Dalton Francis PHILLIPS

Misc. Docket AG No. 47, Sept. Term, 2015

Court of Appeals of Maryland.

October 14, 2016

Argued by Lydia E. Lawless, Senior Asst. Bar Counsel (Glenn M. Grossman, Bar Counsel, Attorney Grievance Com'n of Maryland) for Petitioner.

No argument on behalf of Respondent.

Barbera, C.J., Greene, Adkins, McDonald, Watts, Hotten, Getty, JJ.

PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 14th day October 2016,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Dalton Francis Phillips be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Dalton Francis Phillips from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is

entered in favor of the Attorney Grievance Commission of Maryland against Dalton Francis Phillips.